## GLEICH v EARNEST, et

Ohio Appeals, 2nd Dist, Franklin Co
Decided March 11, 1930

For full opinion see 173 NE 212; 36 Oh
Ap 326 (Oh Bar 12-2-30).

## WOODRUFF, et v STATE

Ohio Appeals, 5th Dist, Licking Co
Decided Jan. 20, 1930

For full opinion see 31 O L R 540; 173 NE
206; 36 Oh Ap 287 (Oh Bar 12-2-30).

## ABRAMS in re

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided January 27, 1930

For full opinion see 33 O L R 264; 173 NE
312; 36 Oh Ap 384 (Oh Bar 12-16-30).